<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Glue Wilkins,                             :
              Appellant                :
                                     :
             v.                     :           No. 1016 C.D. 2019
                                     :
Honorable Francis T. Chardo, III        :

**PER CURIAM**                           **O R D E R**

NOW, August 27, 2020, having considered Appellant's application for reargument, the application is denied.